UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2016
```

ELIJAH FELDMAN,

            Petitioner,

-against-

P. CHAPPIUS, SUPERINTENDENT,

            Respondent.

15 Civ. 2853 (AT)(KNF)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    On April 4, 2015, Petitioner, Elijah Feldman, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. On May 13, 2015, the matter was referred to Magistrate Judge Kevin Nathaniel Fox. ECF No. 9.

    After careful consideration, Magistrate Judge Fox issued a Report and Recommendation ("R & R"), proposing that Petitioner's petition be denied. ECF No. 16. Despite notification of the right to object to the R & R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R & R for clear error. *Wilds v. United Parcel Serv., Inc.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003). The Court finds no clear error. Accordingly, the Court ADOPTS Magistrate Judge Fox's R & R in its entirety. Petitioner's petition is DENIED.

    The Clerk of Court is directed to close the case and to mail a copy of this order to Petitioner *pro se*.

    SO ORDERED.

Dated: February 8, 2016
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge